UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
FLAGSTAR BANK, FSB, as servicer
for LAKEVIEW LOAN SERVICING, LLC
R.A. LEBRON, ESQ.
763ISV
bankruptcy@feinsuch.com

**Order Filed on April 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

FRANK W. PIPPET, JR and
CHRISTINE M. PIPPET

 Debtor(s).

Case No.:  19-14861 ABA

Chapter:  13

Hearing Date: April 7, 2020

Judge:  HONORABLE ANDREW B. ALTENBURG, JR.

Recommended Local Form:   ☐ Followed   ☒ Modified

ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT
WITH CONDITIONS

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: April 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtors' Counsel: | LEE MARTIN PERLMAN, ESQ. |
| Property Involved (Collateral") | 100 DEARBORNE AVENUE BLACKWOOD, NJ 08012 |

Relief sought:  ☒ Creditor's Certification of Default

☐ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Certification is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtors are due for April, 2020 at $1,502.10 with $2,481.10 in suspense.

    ☐ The Debtors are overdue for N/A payments at N/A per month.

    ☐ The Debtors are assessed for N/A late charges at N/A per month.

    ☐ Applicant acknowledges receipt of funds in the amount of N/A received after the motion was filed.

    Total Arrearages Due $N/A.

2. Debtors must cure all post-petition arrearages, as follows:

    ☒ Suspense funds shall be applied towards the April, 2020 regular post petition payment in the amount of $1,502.10.

    ☒ Remaining suspense funds in the amount of $979.00 shall be applied towards the May, 2020 regular post petition payment. Debtors shall pay the $523.10 due for the May, 2020 payment in a timely manner.

    ☒ Beginning on June 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $1,502.10.

☐ Beginning on N/A, additional monthly cure payments shall be made in the amount of $N/A for N/A months.

☐ The amount of $N/A shall be capitalized in the Debtors' Chapter 13 plan. The Debtors' monthly payment to the Chapter 13 Trustee is modified to be $N/A per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:

☒ Regular monthly payment:     Flagstar Bank, FSB
                                Mail Stop S-142-3
                                5151 Corporate Drive
                                Troy, MI 48098-2639

☐ Monthly cure payment:

4. In the event of Default:

☒ If the Debtors fail to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within twenty (20) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.   Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $300.00, and costs of $N/A.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

```
                       United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 19-14861-ABA
Frank W. Pippet, Jr                                         Chapter 13
Christine M. Pippet
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Apr 14, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db/jdb         +Frank W. Pippet, Jr,    Christine M. Pippet,    100 Dearborne Avenue,    Blackwood, NJ 08012-3704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Frank W. Pippet, Jr ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Joint Debtor Christine M. Pippet ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              R. A. Lebron    on behalf of Creditor    FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN
               SERVICING, LLC bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```