Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−14861−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank W. Pippet Jr  
100 Dearborne Avenue  
Blackwood, NJ 08012

Christine M. Pippet  
100 Dearborne Avenue  
Blackwood, NJ 08012

Social Security No.:
   xxx−xx−1796                                                                xxx−xx−9560

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 30, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 30, 2020
JAN: bc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                              Case No. 19-14861-ABA
Frank W. Pippet, Jr                                                 Chapter 13
Christine M. Pippet
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 3          Date Rcvd: Jul 30, 2020
                               Form ID: 148                 Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db/jdb         +Frank W. Pippet, Jr,   Christine M. Pippet,    100 Dearborne Avenue,    Blackwood, NJ 08012-3704
518074202      +CC Holdings,    Attn: Card Services,    Po Box 9201,    Old Bethpage, NY 11804-9001
518230731       Emergency Physician Associate of South Jersey, PC,     PO Box 1123,    Minneapolis MN 55440-1123
518074207      +Fein, Such, Kahn & Shepard, PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
518074208      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
518074212      +Fortiva,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
518074213      +Jefferson Health,    PO Box 758992,    Philadelphia, PA 19178-0001
518134962      +LAKEVIEW LOAN SERVICING, LLC,    R.A. Lebron, Esq,    FEIN, SUCH, KAHN & SHEPARD, P.C.,
                 Counsellors at Law,    7 Century Drive - Suite 201,    Parsippany, New Jersey 07054-4609
518794905      +MIDFIRST BANK,   KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518074215      +Mercury Card Services,    PO Box 70168,    Philadelphia, PA 19176-0168
518074216      +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
518074219      +NTB Credit Plan,    PO Box 9001006,    Louisville, KY 40290-1006
518228655      +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518163356       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 30 2020 23:57:18
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518074197      +EDI: CAPITALONE.COM Jul 31 2020 03:23:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518136998      +EDI: AIS.COM Jul 31 2020 03:23:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518158870       EDI: BL-BECKET.COM Jul 31 2020 03:23:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518074203      +EDI: CITICORP.COM Jul 31 2020 03:23:00     Citibank North America,
                 Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518074204      +EDI: WFNNB.COM Jul 31 2020 03:23:00     Comenity - New York & Co,    PO Box 659728,
                 San Antonio, TX 78265-9728
518074205      +EDI: WFNNB.COM Jul 31 2020 03:23:00     Comenity Capital/Boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
518122109       EDI: DISCOVER.COM Jul 31 2020 03:23:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
518074206      +EDI: DISCOVER.COM Jul 31 2020 03:23:00     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518249792       E-mail/Text: cashiering-administrationservices@flagstar.com Jul 30 2020 23:50:39
                 FLAGSTAR BANK, FSB,    MAIL STOP S-142-3,    5151 CORPORATE DR,    TROY, MI 48098-2639
518074209      +EDI: BLUESTEM Jul 31 2020 03:23:00     Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
518188554      +EDI: JEFFERSONCAP.COM Jul 31 2020 03:23:00     First Financial Investment Fund Holdings, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518074210      +EDI: AMINFOFP.COM Jul 31 2020 03:23:00     First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
518074211      +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 30 2020 23:50:39
                 Flagstar Bank,    Attn: Bankruptcy,    5151 Corporate Drive,    Troy, MI 48098-2639
518188379       EDI: JEFFERSONCAP.COM Jul 31 2020 03:23:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518074214      +E-mail/Text: bncnotices@becket-lee.com Jul 30 2020 23:49:40     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518120263       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 23:57:38     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518163373       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 30 2020 23:56:50     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518074217      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 30 2020 23:57:17     Merrick Bank,
                 PO Box 660175,    Dallas, TX 75266-0175
518074218      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 30 2020 23:57:52
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518169917      +EDI: AGFINANCE.COM Jul 31 2020 03:23:00     OneMain,    PO Box 3251,    Evansville, IN 47731-3251
518074220      +EDI: AGFINANCE.COM Jul 31 2020 03:23:00     OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
518251347       EDI: PRA.COM Jul 31 2020 03:23:00     Portfolio Recovery Associates, LLC,    C/O synchrony Bank,
                 POB 41067,    Norfolk VA 23541
518758349       EDI: PRA.COM Jul 31 2020 03:23:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
518758350       EDI: PRA.COM Jul 31 2020 03:23:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Jul 30, 2020
                               Form ID: 148                 Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518245828       EDI: PRA.COM Jul 31 2020 03:23:00     Portfolio Recovery Associates, LLC,   c/o Amazon,
                 POB 41067,    Norfolk VA 23541
518251389       EDI: PRA.COM Jul 31 2020 03:23:00     Portfolio Recovery Associates, LLC,   c/o Justice,
                 POB 41067,    Norfolk VA 23541
518254520       EDI: PRA.COM Jul 31 2020 03:23:00     Portfolio Recovery Associates, LLC,
                 c/o The Childrens Place,    POB 41067,    Norfolk VA 23541
518074222      +EDI: PRA.COM Jul 31 2020 03:23:00     Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
518182370      +EDI: JEFFERSONCAP.COM Jul 31 2020 03:23:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518131820       EDI: Q3G.COM Jul 31 2020 03:23:00     Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA  98083-0788
518224696       EDI: Q3G.COM Jul 31 2020 03:23:00     Quantum3 Group LLC as agent for,   Second Round Sub LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
518077891      +EDI: RMSC.COM Jul 31 2020 03:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518074223      +EDI: RMSC.COM Jul 31 2020 03:23:00     Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518074225      +EDI: RMSC.COM Jul 31 2020 03:23:00     Synchrony Bank/Gap,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
518074226      +EDI: RMSC.COM Jul 31 2020 03:23:00     Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074200       +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518074201*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518074198*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518074199*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518074221*      +OneMain Financial,    Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
518768831*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
518768832*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541)
518074224*      +Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jill  Manzo    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Lee Martin Perlman    on behalf of Debtor Frank W. Pippet, Jr ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Joint Debtor Christine M. Pippet ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              R. A. Lebron    on behalf of Creditor    FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN
               SERVICING, LLC bankruptcy@feinsuch.com
```

```
District/off: 0312-1           User: admin                    Page 3 of 3              Date Rcvd: Jul 30, 2020
                               Form ID: 148                   Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        R. A. Lebron    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                            TOTAL: 9