Certificate Number: 02998-NJ-DE-035374776

Bankruptcy Case Number: 19-14861



02998-NJ-DE-035374776

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 17, 2021, at 8:42 o'clock AM EST, Frank W Pippet Jr. completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 17, 2021                By:   /s/Angela Zinnerman

                                         Name:   Angela Zinnerman

                                         Title:   Counselor