Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                        Case No.:  19−14861−ABA
                                                        Chapter:  13
                                                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank W. Pippet Jr                                    Christine M. Pippet
   100 Dearborne Avenue                     100 Dearborne Avenue
   Blackwood, NJ 08012                      Blackwood, NJ 08012

Social Security No.:
   xxx−xx−1796                                        xxx−xx−9560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 July 16, 2021
Time:                09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*59* – Certification in Opposition to (related document:58 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/25/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Lee Martin Perlman on behalf of Christine M. Pippet, Frank W. Pippet Jr. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: June 16, 2021
JAN: lgr

                                                                        Jeanne Naughton
                                                                       Clerk