UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

In Re:

Frank & Christine Pippet

**Order Filed on September 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____19-14861_____

Hearing Date: _____

Judge: _____ABA_____

# ORDER TO EMPLOYER TO PAY TO THE
# CHAPTER 13 TRUSTEE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
ORDERED.

**DATED: September 1, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The above-named debtor has filed a proceeding under Chapter 13 of Title 11 of the United States Code.  The debtor's future earnings have been submitted to the jurisdiction of this Court, in furtherance of the debtor's Chapter 13 plan.

NOW, THEREFORE, PURSUANT TO 11 U.S.C. § 1325(C) AND § 105, IT IS ORDERED that, until further order of this Court, the employer or other party providing income to said debtor shall deduct from the earnings or income of said debtor the following sums each pay period, beginning on the next pay day following receipt of this order, and shall deduct the same amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits, arising out of present or past employment of the debtor, and to forthwith remit the sum so deducted to the Chapter 13 Standing Trustee.

**Debtor's Employer and Address:**

(Frank's pay)
Robinson Waste Removal
Attn: Payroll
1 American Way
Voorhees, NJ 08043

**Trustee to Whom Payments Must be Forwarded (and Address):**

Isabel C. Balboa
PO Box 1978
Memphis TN 38101-1978

**Amount to be Deducted and Paid Per Pay Period:**

❑ **Monthly**    ❑ **Bi-Weekly**    ☑ **Weekly**    $ _____202.50_____

$202.50 should be taken out weekly and exceed no more than $810.00 total a month.

IT IS FURTHER ORDERED that the employer or other party making payments shall note the debtor's name and bankruptcy case number on the checks to the trustee.

IT IS FURTHER ORDERED that said employer or other party shall notify said trustee and mortgagee(s) if the earnings or income of said debtor are terminated, and the reasons for such termination.

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this court, shall be paid to the debtor in accordance with employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deduction for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court shall be made from the earnings of said debtor.

IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy case shall constitute a termination of the requirement to make payments under this order.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer or other party in this cause.

IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this order on the employer or other party, the trustee, and the mortgagee(s) within seven (7) days.

**IT IS A VIOLATION OF 15 U.S.C. § 1674 AND N.J.S.A. 2A:170-90.4 FOR AN EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT.  AN EMPLOYER VIOLATING SAID STATUTES IS SUBJECT TO FINES AND IMPRISONMENT.**

*rev.12/1/09*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-14861-ABA

Frank W. Pippet, Jr                                                                     Chapter 13

Christine M. Pippet

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

**Recip ID              Recipient Name and Address**
db/jdb            +  Frank W. Pippet, Jr, Christine M. Pippet, 100 Dearborne Avenue, Blackwood, NJ 08012-3704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021                  Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:**

**Name                  Email Address**

Denise E. Carlon
                 on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                 ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jill Manzo
                 on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

Lee Martin Perlman
                 on behalf of Debtor Frank W. Pippet  Jr ecf@newjerseybankruptcy.com,
                 mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

District/off: 0312-1                              User: admin                                  Page 2 of 2
Date Rcvd: Sep 01, 2021                      Form ID: pdf903                          Total Noticed: 1

Lee Martin Perlman
                        on behalf of Joint Debtor Christine M. Pippet ecf@newjerseybankruptcy.com
                        mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

R. A. Lebron
                        on behalf of Creditor FLAGSTAR BANK  FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC
                        bankruptcy@fskslaw.com

R. A. Lebron
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9