# UNITED STATES BANKRUPTCY COURT

District Of New Jersey

In re Frank W. Pippet, Jr and Christine M. Pippet, Case No. 19-14861

## TRANSFER OF CLAIM SERVICING

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee Servicer hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC
Name of Transferee Servicer

Flagstar Bank, FSB as servicing agent for Lakeview Loan Servicing, LLC
Name of Transferor Servicer

Name and Address where notices to Transferee Servicer should be sent:

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

Court Claim # (if known): 23-1
Amount of Claim: $168,642.96
Date Claim Filed: May 16, 2019

Phone:   855-813-6597
Last Four Digits of Acct #:   9942

Phone:   800-393-4887
Last Four Digits of Acct. #:   9746

Name and Address where Transferee Servicer payments should be sent (if different from above):

Community Loan Servicing, LLC
Attn: Cashiering Dept.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

Phone:   855-813-6597
Last Four Digits of Acct #:   9942

By:   /s/ Bryan S. Fairman
Transferee Servicer/Transferee Servicer's Agent

Date:   3/16/2022