Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−14861−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank W. Pippet Jr   Christine M. Pippet
100 Dearborne Avenue   100 Dearborne Avenue
Blackwood, NJ 08012   Blackwood, NJ 08012

Social Security No.:
xxx−xx−1796            xxx−xx−9560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date: June 28, 2022
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*73* − Certification in Opposition to (related document:72 Creditor's Certification of Default (related document:30 Creditor's Certification of Default filed by Creditor FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC, 41 Order (Generic)) filed by R. A. Lebron on behalf of Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC. Objection deadline is 06/8/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.) filed by Creditor Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC) filed by Lee Martin Perlman on behalf of Christine M. Pippet, Frank W. Pippet Jr. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: June 7, 2022
JAN: lgr

Jeanne Naughton
Clerk