Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−14861−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank W. Pippet Jr | Christine M. Pippet |
| 100 Dearborne Avenue | 100 Dearborne Avenue |
| Blackwood, NJ 08012 | Blackwood, NJ 08012 |

Social Security No.:
xxx−xx−1796                                       xxx−xx−9560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

  NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           June 28, 2022
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**73** − Certification in Opposition to (related document:72 Creditor's Certification of Default (related document:30 Creditor's Certification of Default filed by Creditor FLAGSTAR BANK, FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC, 41 Order (Generic)) filed by R. A. Lebron on behalf of Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC. Objection deadline is 06/8/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.) filed by Creditor Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC) filed by Lee Martin Perlman on behalf of Christine M. Pippet, Frank W. Pippet Jr. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: June 7, 2022
JAN: lgr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-14861-ABA |
| Frank W. Pippet, Jr | Chapter 13 |
| Christine M. Pippet | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 07, 2022 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank W. Pippet, Jr, Christine M. Pippet, 100 Dearborne Avenue, Blackwood, NJ 08012-3704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com    bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com    summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com    summarymail@standingtrustee.com |
| Jill Manzo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com |
| Lee Martin Perlman | on behalf of Joint Debtor Christine M. Pippet ecf@newjerseybankruptcy.com    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 07, 2022 | Form ID: 173 | Total Noticed: 1 |

      on behalf of Debtor Frank W. Pippet Jr ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Phillip Andrew Raymond
      on behalf of Creditor Lakeview Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

R. A. Lebron
      on behalf of Creditor FLAGSTAR BANK FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com

R. A. Lebron
      on behalf of Creditor Community Loan Servicing LLC as servicing agent for Lakeview Loan Servicing, LLC bankruptcy@fskslaw.com

R. A. Lebron
      on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11