Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-14861 (ABA)

Frank W. Pippet, Jr. and Christine M. Pippet
100 Dearborne Avenue
Blackwood, NJ  08012

Monthly Payment: $810.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $202.50 | 01/05/2022 | $202.50 | 01/13/2022 | $202.50 | 02/02/2022 | $202.50 |
| 02/03/2022 | $202.50 | 02/08/2022 | $202.50 | 02/14/2022 | $202.50 | 02/18/2022 | $202.50 |
| 02/23/2022 | $202.50 | 03/08/2022 | $202.50 | 03/10/2022 | $202.50 | 03/16/2022 | $202.50 |
| 03/24/2022 | $202.50 | 03/29/2022 | $202.50 | 04/05/2022 | $202.50 | 04/12/2022 | $202.50 |
| 04/20/2022 | $202.50 | 04/26/2022 | $202.50 | 05/05/2022 | $202.50 | 05/12/2022 | $202.50 |
| 05/19/2022 | $202.50 | 05/25/2022 | $202.50 | 06/02/2022 | $202.50 | 06/07/2022 | $202.50 |
| 06/14/2022 | $202.50 | 06/22/2022 | $202.50 | 06/28/2022 | $202.50 | 07/08/2022 | $202.50 |
| 07/12/2022 | $202.50 | 07/19/2022 | $202.50 | 07/26/2022 | $202.50 | 08/02/2022 | $202.50 |
| 08/09/2022 | $202.50 | 08/16/2022 | $202.50 | 08/23/2022 | $202.50 | 09/01/2022 | $202.50 |
| 09/12/2022 | $202.50 | 09/13/2022 | $202.50 | 09/20/2022 | $202.50 | 09/27/2022 | $202.50 |
| 10/04/2022 | $202.50 | 10/14/2022 | $202.50 | 10/18/2022 | $202.50 | 10/25/2022 | $202.50 |
| 11/01/2022 | $202.50 | 11/08/2022 | $202.50 | 11/15/2022 | $202.50 | 11/22/2022 | $202.50 |
| 11/29/2022 | $202.50 | 12/13/2022 | $202.50 | 12/16/2022 | $202.50 | 12/30/2022 | $202.50 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FRANK W. PIPPET, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,815.00 | $3,815.00 | $0.00 | $0.00 |
| 0 | FRANK W. PIPPET, JR. | 0 | $643.56 | $0.00 | $0.00 | $0.00 |
| 1 | CC HOLDINGS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $974.51 | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $1,022.46 | $0.00 | $0.00 | $0.00 |
| 4 | COMENITY - NEW YORK & CO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COMENITY CAPITAL/BOSCOV | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK | 33 | $1,888.65 | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING, LLC | 33 | $694.38 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $888.20 | $0.00 | $0.00 | $0.00 |
| 9 | FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PREMIER BANKCARD, LLC | 33 | $965.80 | $0.00 | $0.00 | $0.00 |
| 11 | NATIONSTAR MORTGAGE, LLC | 24 | $18,577.42 | $12,006.87 | $6,570.55 | $2,989.78 |
| 12 | FORTIVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE, N.A. | 33 | $587.33 | $0.00 | $0.00 | $0.00 |
| 15 | MERCURY CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MERCURY/FBT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 17 | MERRICK BANK | 33 | $1,072.35 | $0.00 | $0.00 | $0.00 |
| 18 | MERRICK BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NTB CREDIT PLAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $8,460.29 | $5,467.99 | $2,992.30 | $1,361.56 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $964.25 | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $789.51 | $0.00 | $0.00 | $0.00 |
| 23 | QUANTUM3 GROUP, LLC | 33 | $488.55 | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY/ASHLEY FURNITURE HOMESTORE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | CHRISTINE M. PIPPET | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | FRANK W. PIPPET JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $3,689.00 | $2,384.26 | $1,304.74 | $593.69 |
| 31 | CAPITAL ONE BANK USA, N.A. | 33 | $974.56 | $0.00 | $0.00 | $0.00 |
| 32 | CAPITAL ONE BANK USA, N.A. | 33 | $694.20 | $0.00 | $0.00 | $0.00 |
| 33 | CAPITAL ONE BANK USA, N.A. | 33 | $420.84 | $0.00 | $0.00 | $0.00 |
| 34 | QUANTUM3 GROUP, LLC | 33 | $489.07 | $0.00 | $0.00 | $0.00 |
| 35 | FIRST FINANCIAL INVESTMENT FUND HOLDINGS, LLC | 33 | $596.19 | $0.00 | $0.00 | $0.00 |
| 36 | FLAGSTAR BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | 33 | $1,786.10 | $0.00 | $0.00 | $0.00 |
| 38 | CAPITAL ONE BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $474.61 | $0.00 | $0.00 | $0.00 |
| 40 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | LOANCARE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | LVNV FUNDING, LLC | 33 | $442.54 | $0.00 | $0.00 | $0.00 |
| 43 | MERRICK BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | THE BANK OF MISSOURI | 33 | $1,087.59 | $0.00 | $0.00 | $0.00 |
| 46 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,967.07 | $0.00 | $0.00 | $0.00 |
| 47 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $857.00 | $0.00 | $0.00 | $0.00 |
| 48 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,642.83 | $0.00 | $0.00 | $0.00 |
| 49 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $660.97 | $0.00 | $0.00 | $0.00 |
| 50 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $10,621.65 | $0.00 | $0.00 | $0.00 |
| 51 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,167.96 | $0.00 | $0.00 | $0.00 |
| 52 | FLAGSTAR BANK | 13 | $831.00 | $831.00 | $0.00 | $0.00 |
| 53 | FLAGSTAR BANK | 13 | $300.00 | $300.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2019 | 27.00 | $0.00 |
| 07/01/2021 | Paid to Date | $13,470.00 |
| 08/01/2021 | 1.00 | $800.00 |
| 09/01/2021 | 31.00 | $810.00 |
| 04/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-14861 (ABA)

| | |
|---|---|
| Total payments received this period: | $10,530.00 |
| Total paid to creditors this period: | $4,945.03 |
| Undistributed Funds on Hand: | $740.32 |
| Arrearages: | ($607.50) |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**