UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Frank Pippet
Christine Pippet

Case No.: 19-14861 ABA

Chapter: 13

Hearing Date: 06/20/2023

Judge: ABA

# CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On __05/30/2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: __Notice of Motion to Participate in NJHAF/ERMA Program, Statement Why No Brief is Necessary, Certification, and Proposed Order__ _____.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 05/30/2023                           /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Trustee<br>335 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>CC Holdings ,<br>Attn: Card Services,<br>Po Box 9201,<br>Old Bethpage, NY 11804<br><br>CW Nexus Credit Card Holdings l, LLC,<br>Resurgent Capital Services,<br>PO Box 10368,<br>Greenville, SC 29603-0368<br><br>Capital One ,<br>Attn: Bankruptcy,<br>Po Box 30285,<br>Salt Lake City, UT 84130<br><br>Capital One Bank (USA), N.A.,<br>4515 N Santa Fe Ave,<br>Oklahoma City, OK  73118<br><br>Capital One, N.A.,<br>c/o Becket and Lee LLP,<br>PO Box 3001,<br>Malvern PA 19355-0701<br><br>Citibank North America ,<br>Attn: Recovery/Centralized Bankruptcy,<br>Po Box 790034,<br>St Louis, MO 63179<br><br>Comenity - New York & Co ,<br>PO Box 659728,<br>San Antonio, TX 78265 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Comenity Capital/Boscov ,<br>Attn: Bankruptcy Dept,<br>Po Box 182125,<br>Columbus, OH 43218<br><br>Discover Bank ,<br>Discover Products Inc,<br>PO Box 3025,<br>New Albany, OH  43054-3025<br><br>Emergency Physician Associate of South Jersey,<br>PO Box 1123,<br>Minneapolis MN 55440-1123<br><br>FLAGSTAR BANK, FSB,<br>MAIL STOP S-142-3,<br>5151 CORPORATE DR,<br>TROY, MI 48098-2639<br><br>Fein, Such, Kahn & Shepard, PC ,<br>7 Century Drive, Suite 201,<br>Parsippany, NJ 07054<br><br>Financial Recoveries ,<br>Po Box 1388,<br>Mount Laurel, NJ 08054<br><br>Fingerhut ,<br>Attn: Bankruptcy,<br>Po Box 1250,<br>Saint Cloud, MN 56395<br><br>First Financial Investment Fund Holdings, Ll,<br>Jefferson Capital Systems LLC Assignee,<br>Po Box 7999,<br>Saint Cloud Mn 56302-9617<br><br>First Premier Bank ,<br>Attn: Bankruptcy,<br>Po Box 5524,<br>Sioux Falls, SD 57117<br><br>Flagstar Bank ,<br>Attn: Bankruptcy,<br>5151 Corporate Drive,<br>Troy, MI 48098<br><br>Fortiva ,<br>Attn: Bankruptcy, | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Po Box 105555,<br>Atlanta, GA 30348<br><br>Jefferson Capital Systems LLC ,<br>Po Box 7999,<br>Saint Cloud Mn 56302-9617<br><br>Jefferson Health ,<br>PO Box 758992,<br>Philadelphia, PA 19178<br><br>Kohls/Capital One ,<br>Kohls Credit,<br>Po Box 3120,<br>Milwaukee, WI 53201<br><br>LAKEVIEW LOAN SERVICING, LLC,<br>R.A. Lebron, Esq,<br>FEIN, SUCH, KAHN & SHEPARD, P.C.,<br>Counsellors at Law,<br>7 Century Drive, Suite 201,<br>Parsippany, New Jersey 07054<br><br>LVNV Funding, LLC,<br>Resurgent Capital Services,<br>PO Box 10587,<br>Greenville, SC 29603-0587<br><br>Lakeview Loan Servicing, LLC,<br>c/o Community Loan Servicing, LLC,<br>4425 Ponce De Leon Blvd., 5th Floor,<br>Coral Gable, FL 33146<br><br>MERRICK BANK ,<br>Resurgent Capital Services,<br>PO Box 10368,<br>Greenville, SC 29603-0368<br><br>MIDFIRST BANK<br>,KML Law Group PC,<br>Sentry Office Plaza,<br>216 Haddon Avenue, Suite 406,<br>Westmont, NJ  08108<br><br>Mercury Card Services ,<br>PO Box 70168,<br>Philadelphia, PA 19176<br><br>Mercury/FBT ,<br>Attn: Bankruptcy, | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Po Box 84064,<br>Columbus, GA 31908<br><br>Merrick Bank ,<br>PO Box 660175,<br>Dallas, TX 75266<br><br>Merrick Bank/CardWorks ,<br>Attn: Bankruptcy,<br>Po Box 9201,<br>Old Bethpage, NY 11804<br><br>NTB Credit Plan ,<br>PO Box 9001006,<br>Louisville, KY 40290<br><br>Nationstar Mortgage LLC ,<br>RightPath Servicing,<br>P.O. Box 619096,<br>Dallas, TX 75261-9741<br><br>OneMain Financial ,<br>Attn: Bankruptcy,<br>601 Nw 2nd Street,<br>Evansville, IN 47708<br><br>Portfolio Recovery ,<br>Po Box 41021,<br>Norfolk, VA 23541<br><br>Portfolio Recovery Associates, LLC ,<br>C/O synchrony Bank,<br>POB 41067,<br>Norfolk VA 23541<br><br>Premier Bankcard, Llc ,<br>Jefferson Capital Systems LLC Assignee,<br>Po Box 7999,<br>Saint Cloud Mn 56302-9617<br><br>Quantum3 Group LLC<br>PO Box 788,<br>Kirkland, WA  98083-0788<br><br>Synchrony Bank ,<br>c/o of PRA Receivables Management, LLC,<br>PO Box 41021,<br>Norfolk, VA 23541 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Synchrony Bank/Amazon/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896<br><br>Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896<br><br>The Bank of Missouri, PO Box 105555, Atlanta, GA 30348 | | |
| | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.