| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Law Offices of Lee M. Perlman**<br>1926 Greentree Road<br>Cherry Hill, NJ 08003<br>(t) 856-751-4224<br>(f) 888-635-5933<br>ecf@newjerseybankruptcy.com<br>Counsel for the Debtors | Order Filed on June 20, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In re:<br><br>Frank Pippet<br>Christine Pippet<br><br>Debtor(s) | Case No:<br>Chapter:<br>Hearing Date:<br>Honorable | <u>19-14861</u><br><u>13</u><br><u>June 20, 2023</u><br><u>Andrew B. Altenburg, Jr.</u> |

**ORDER AUTHORIZING DEBTORS TO PARTICIPATE IN NJHAF/ERMA PROGRAM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 20, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
In re: Pippet, Frank & Christine 19-14861
Caption of Order: Authorizing Debtors to Participate in NJHAF/ERMA Program

---

This matter having come before the court upon the application of Frank and Christine Pippet, debtors in the above captioned bankruptcy, seeking an order authorizing the participation in NJHAF/ ERMA programs, ~~the arguments of counsel, other further proofs as have been adduced~~, and for good cause shown, it is hereby

**ORDERED** that the debtor is authorized to participate in the NJHAF/ERMA Program;

~~It is **FURTHER ORDERED** that within 10 days of the date of this order the Trustee shall~~

A copy of this order shall be served on the Trustee and any party appearing in opposition to the motion within 7 days of the date of this Order.