| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Law Offices of Lee M. Perlman**<br>1926 Greentree Road<br>Cherry Hill, NJ 08003<br>(t) 856-751-4224<br>(f) 888-635-5933<br>ecf@newjerseybankruptcy.com<br>Counsel for the Debtors | Order Filed on June 20, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In re:<br><br>Frank Pippet<br>Christine Pippet<br><br>Debtor(s) | Case No:<br>Chapter:<br>Hearing Date:<br>Honorable | <u>19-14861</u><br><u>13</u><br><u>June 20, 2023</u><br><u>Andrew B. Altenburg, Jr.</u> |

**ORDER AUTHORIZING DEBTORS TO PARTICIPATE IN NJHAF/ERMA PROGRAM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 20, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
In re: Pippet, Frank & Christine 19-14861
Caption of Order: Authorizing Debtors to Participate in NJHAF/ERMA Program

---

This matter having come before the court upon the application of Frank and Christine Pippet, debtors in the above captioned bankruptcy, seeking an order authorizing the participation in NJHAF/ ERMA programs, ~~the arguments of counsel, other further proofs as have been adduced~~, and for good cause shown, it is hereby

**ORDERED** that the debtor is authorized to participate in the NJHAF/ERMA Program;

~~It is **FURTHER ORDERED** that within 10 days of the date of this order the Trustee shall~~

A copy of this order shall be served on the Trustee and any party appearing in opposition to the motion within 7 days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 19-14861-ABA
Frank W. Pippet, Jr | Chapter 13
Christine M. Pippet
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jun 20, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Frank W. Pippet, Jr, Christine M. Pippet, 100 Dearborne Avenue, Blackwood, NJ 08012-3704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

**Name**     **Email Address**

Ashley Pascuzzi
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing  LLC ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jill Manzo
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

Kathleen M Magoon

District/off: 0312-1     User: admin     Page 2 of 2

Date Rcvd: Jun 20, 2023     Form ID: pdf903     Total Noticed: 1

on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC logsecf@logs.com, kathleenmagoon@gmail.com

Lee Martin Perlman

on behalf of Joint Debtor Christine M. Pippet ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Debtor Frank W. Pippet  Jr ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Phillip Andrew Raymond

on behalf of Creditor Lakeview Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

R. A. Lebron

on behalf of Creditor FLAGSTAR BANK  FSB, as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com

R. A. Lebron

on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC bankruptcy@fskslaw.com

R. A. Lebron

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13